# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMIE L. WHEELER,<br>Plaintiff | : | No. 69 MM 2024 |
| | : | |
| v. | : | Court of Common Pleas of |
| | : | Northampton County |
| | : | Civil Division – LAW |
| LANCE M. WHEELER,<br>Defendant | : | No. C-48-CV-2023-3731 |
| | : | |
| | : | Change of Venue |

JAMIE L. WHEELER, : No. 70 MM 2024
Plaintiff :
: Court of Common Pleas of
: Northampton County
: Domestic Relations Section
v. : No.: DR-0039823
:
: Change of Venue
LANCE M. WHEELER, :
Defendant :

## ORDER

**AND NOW**, this 18th day of June, 2024, the Honorable Edward D. Reibman, of the Court of Common Pleas of Northampton County having certified to this Court an order for change of venue in the above matter pursuant to Pa.R.C.P. 1006(d)(2), it is hereby **ORDERED** that said case shall be transferred to Lehigh County in compliance with Pa.R.C.P. 1006(d)(2).

_____
Chief Justice Debra Todd